**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THOMAS R. LORD, | ) | |
| Petitioner, | ) | 3:98-cv-00574-LRH-VPC |
| vs. | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |
| | / | |

Before the Court is petitioner's Third Unopposed Motion for Enlargement of Time in Which to File an Opposition to the Respondents' Motion to Dismiss and Answer (docket #110). Petitioner then filed a response to the motion to dismiss and answer (docket #111). The Court finds that petitioner's motion for enlargement of time was made in good faith and not solely for the purpose of delay. The Court will grant the motion and treat the response as timely filed.

Respondents have filed a Motion for Enlargement of Time to file a Reply to Petitioner's Opposition (docket #112). The Court finds good cause for the extension of time, and will grant the motion.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Enlargement of Time (docket #110) is **GRANTED**. The response is treated as timely filed.

///

///

///

///

**IT IS FURTHER ORDERED** that respondents' Motion for Enlargement of Time (docket #112) is **GRANTED**. Respondents shall have up to and including July 2, 2008, in which to file a reply to petitioner's opposition.

DATED this 18th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE